IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CV-276-GCM

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| GUSTAVO A. GUZMAN | ) ) ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on its own motion. Pursuant to Plaintiff's request contained in the Status Report (Doc. No. 8) filed on March, 2, 2018, the Court will allow Plaintiff sixty (60) days from the date of this Order to file its Motion for Default Judgment.

**SO ORDERED.**

Signed: March 6, 2018

Graham C. Mullen
United States District Judge