IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> GUSTAVO A. GUZMAN <br><br> Defendant. | Case No. 3:17-cv-00276-GCM <br> Hon. Graham C. Mullen |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT

Pursuant to Fed. R. Civ. P. 55(a), default has been entered against Defendant Gustavo A. Guzman upon grounds that said Defendant has failed to appear, plead, or otherwise defend, as provided in the Federal Rules of Civil Procedure. The Clerk of Court has entered default against Defendant. (Doc. No. 6).

Wherefore, the Plaintiff U.S. Securities and Exchange Commission respectfully moves for entry of default judgment against Defendant as set forth in detail in the accompanying Memorandum in Support of Motion for Default Judgment, and in the Declaration submitted herewith, pursuant to Fed. R. Civ. P. 55(b)(1).

This May 7, 2018.

U.S. SECURITIES AND EXCHANGE COMMISSION

**/s/ Jonathan I. Katz**
IL Bar#:6275244
175 W. Jackson Blvd, Suite 1450
Chicago, Illinois 60604
(P): 312-353-7390
KatzJ@sec.gov

John E. Birkenheier
IL Bar#:6270993
175 W. Jackson Blvd., Suite 1450
Chicago, Illinois 60604
(P): 312-353-7390
BirkenheierJ@sec.gov

# CERTIFICATE OF SERVICE

I certify that on May 7, 2018, the foregoing Motion for Entry of Default Judgment was served on the party below electronically and/or via US Mail by mailing a copy thereof, postage prepaid and properly addressed as follows:

Gustavo A. Guzman
650 N. Rose #490
Placentia, CA 92870
tenorisimo@aol.com

                                  U.S. SECURITIES & EXCHANGE COMMISSION

                                  /s/ Jonathan I. Katz
                                  IL Bar#:6275244
                                  175 W. Jackson Blvd, Suite 1450
                                  Chicago, Illinois 60604
                                  (P): 312-353-7390
                                  KatzJ@sec.gov